# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**DENORRIS WRIGHT,**

    **Plaintiff,**

v.                                          Case No. 1:20-cv-96-AW-GRJ

**OFFICER LUKE S. GRANT,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have carefully considered the magistrate judge's July 7, 2021 Report and Recommendation, ECF No. 39, to which no objections have been filed. I have also reviewed the summary judgment papers and record. I agree with the magistrate judge.

The Report and Recommendation (ECF No. 39) is adopted and incorporated into this order. The motion for summary judgment (ECF No. 26) is DENIED. The magistrate judge will conduct further appropriate proceedings.

SO ORDERED on September 2, 2021.

                                              s/ *Allen Winsor*
                                              United States District Judge